IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01888-AP

NEIKO TABB,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    Chris R. Noel, Esq.
    3000 Pearl Street, Suite 105
    Boulder, Colorado 80301-2431
    Telephone: (303) 449-6503
    Fax: (720) 214-1836
    E mail: chrisnoel@noelaw.com

    For Defendant:
    Teresa H. Abbott
    Special Assistant United States Attorney

    *Mailing Address:*
    1961 Stout Street, Suite 1001A
    Denver, Colorado 80294
    Telephone: (303) 844-0815
    Fax: (303) 844-0770
    E mail: teresa.abbott@ssa.gov

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed:**  9/30/05, IFP approved 10/3/05

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 10/4/05

    C.    **Date Answer and Administrative Record Were Filed:**  12/5/05

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states:** Although counsel will have undertaken a timely review of the record, the accuracy and completeness of the Administrative Record cannot be determined until after Plaintiff's Opening Brief is filed.

**Defendant states:** There are no issues with the accuracy or completeness of the administrative record.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states:** see Plaintiff's statement in Paragraph 4, above.

**Defendant states:** None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties state that this case does not involve any unusual and complicated or out-of-the-ordinary claims.

**7. OTHER MATTERS**

None.

**8. PROPOSED BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:** January 20, 2006

    B.    **Defendant's Response Brief Due:** February 24, 2006

    C.    **Plaintiff's Reply Brief Due:** March 14, 2006

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:** Oral Argument is requested.

    B.    **Defendant's Statement:** Oral Argument not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **( X) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 20th day of December, 2005.

                              BY THE COURT:

                              S/John L. Kane
                              U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Chris R. Noel<br>CHRIS R. NOEL<br>3000 Pearl Street, Suite 105<br>Boulder, Colorado 80301-2431<br>Telephone:  (303) 449 6503<br>FAX: 720 214 1836<br>e mail: chrisnoel@noelaw.com<br><br>Attorney for Plaintiff Neiko Tabb | WILLAM J. LEONE<br>United States Attorney<br><br>s/ Kurt J. Bohn<br>KURT J. BOHN<br>Assistant U.S. Attorney<br>1225 Seventeenth Street, Suite 700<br>17th Street Plaza<br>Denver, Colorado  80202<br>Telephone: (303) 454-0100<br>kurt.bohn@usdoj.gov<br><br>By: s/ Teresa H. Abbott<br>Teresa H. Abbott<br>Special Assistant U.S. Attorney<br><br>*Mailing Address:*<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado  80294<br>Telephone:  (303) 844-0815<br>FAX: (303) 844-0770<br>e mail: teresa.abbott@ssa.gov<br><br>*Street Address:*<br>United States Attorney's Office<br>1225 Seventeenth Street, Suite 700<br>Denver, Colorado  80202<br>Telephone:  (303) 454-0100<br><br>Attorneys for Defendant |