IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **05-cv-1888-AP**

**NEIKO M. TABB,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Stipulated Motion for Extension of Time to File Defendant's Response Brief and to File Plaintiff's Reply Brief (doc. #11), filed February 22, 2006, is **GRANTED.** Response brief is due March 3, 2006; reply is due April 4, 2006.

Dated:  February 22, 2006