IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-01888-REB

NEIKO TABB,

    Plaintiff,

v.

MICHAEL ASTRUE,[1] Commissioner of Social Security,

    Defendants.

## ORDER DENYING PLAINTIFF'S UNOPPOSED MOTIONS
## FOR ATTORNEY FEES UNDER SOCIAL SECURITY ACT 42 USC § 406(b)

**Blackburn, J.**

The matters before me are (1) **Plaintiff's Unopposed Motion for Attorney Fees Under Social Security Act 42 USC § 406(b)** [#35] filed April 29, 2008; and (2) **Plaintiff's Unopposed Motion for Attorney Fees Under Social Security Act 42 USC § 406(b)** [#36] filed October 7, 2008. I deny the motions.

Although the Commissioner does not oppose plaintiff's request for attorney fees, the statute on which plaintiff relies for her request, 42 U.S.C. § 406(b), applies only to cases in which the claimant sought disability insurance benefits under Title II of the Social Security Act. ***Bowen v. Galbreath***, 485 U.S. 74, 76-79, 108 S.Ct. 892, 894-95, 99 L.Ed.2d 68 (1988). Plaintiff's claim here was for supplemental security income benefits under Title XVI. There is no corresponding provision of Title XVI providing for

---

[1] Michael J. Astrue was confirmed by the Senate to replace Jo Anne Barnhart as the Commissioner of Social Security on February 1, 2007. Thus, he is substituted as the defendant in this suit. **FED.R.CIV.P.** 25(d)(1). By virtue of the last sentence of 42 U.S.C. § 405(g), no further action need be taken to continue this lawsuit.

the withholding of attorney fees from an award to a claimant who prevails on appeal to the district court in such cases.  *Id.*  Therefore, I am constrained to deny the motions.

**THEREFORE, IT IS ORDERED** as follows:

1.  That **Plaintiff's Unopposed Motion for Attorney Fees Under Social Security Act 42 USC § 406(b)** [#35] filed April 29, 2008, is **DENIED**; and

2.  That **Plaintiff's Unopposed Motion for Attorney Fees Under Social Security Act 42 USC § 406(b)** [#36] filed October 7, 2008, is **DENIED**.

Dated March 2, 2009, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge